In the Matter of the Application for a Writ of Mandamus of EDWARD J. CULLEN, Appellant, against OSCAR S. STRAUS and Others, Individually, and as the Public Service Commission of the State of New York for the First District, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the authority of People ex rel. Davison v. Williams (213 N. Y. 130). Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

ARTHUR J. MAY, Respondent, v. CORT FILM CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

In the Matter of the Final Accounting of ANTON H. MEYER, as Assignee of the UNITED STATES RESTAURANT AND REALTY COMPANY, Respondent, under a General Assignment for the Benefit of Creditors. NORBERT HEINSHEIMER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

MYRA E. DUDGEON, Respondent, v. FRANK P. DUDGEON, Appellant.— Order reversed and motion granted, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

NEU-LIFE FOOD COMPANY, Appellant, v. THOMAS WATTS and Others, Respondents. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

W. S. BARSTOW & COMPANY, INC., Respondent, v. THE SILVEX COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.; Laughlin and Page, JJ., dissented.